UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEBORAH LYNN GETCHMAN, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 4:16 CV 1208 CDP<br>) |
| PYRAMID CONSULTING, INC., | )<br>) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

Plaintiff Deborah Lynn Getchman brought this suit on behalf of herself and others similarly situated, alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* The Court conditionally certified the case in February of 2017. Thirteen opt-in plaintiffs remain in addition to Getchman, for a total of fourteen plaintiffs.

The thirteen opt-in plaintiffs accepted defendant's offers of judgment in writing [ECF #105] and at the hearing held on the record this morning, both counsel stated that they had now also resolved Getchman's claim, and that judgment should be entered in her favor in the amount sought in her pending summary judgment motion.

This case was hotly litigated, with significant discovery undertaken by plaintiffs' counsel. I have reviewed the parties' filings, including plaintiff's

summary judgment motion and memorandum in support.  Exhibit 15 to that memorandum sets out the damages calculations (ECF 111-15), and both counsel agree that they are accurate.  I conclude from reviewing all of the materials provided and from listening to the parties' presentations in open Court today, that the proposed resolution was obtained through good-faith arms-length negotiations and is accurate and fair to all the plaintiffs under all the circumstances of this case.  I will therefore enter judgment in plaintiffs' favor as requested by both parties.

Plaintiffs will recover their costs and reasonable attorneys' fees from defendant.

Accordingly,

**IT IS HEREBY ORDERED** that the Court approves the proposed resolution of this case and will enter judgment accordingly.

**IT IS FURTHER ORDERED** that plaintiff Getchman's motion for summary judgment [109, 111] and defendant's motion for hearing [101] are denied as moot.

A separate judgment is entered this same date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of February, 2018.